Hand-Delivered

## UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

_____ Division

|  |  |
|---|---|
| Alma Peters | ) |
| *Plaintiff(s)* | ) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) |
| -v- | ) ) ) ) ) ) |
| Mecklenburg County-Register of Deeds | ) |
| *Defendant(s)* | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) |

FILED
CHARLOTTE, NC

MAR 1 8 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Case No. 3:26-CV-218-SCR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Alma Peters
Street Address: 2412 Royal York Ave.
City and County: Charlotte, Mecklenburg.
State and Zip Code: North Carolina, 28210
Telephone Number: 704-907-1006
E-mail Address: almapeters@icloud.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name

    Job or Title *(if known)*    Mecklenburg County- Register of Deeds.

    Street Address    720 E, Fourth St.

    City and County    Charlotte, Mecklenburg

    State and Zip Code    North Carolina, 28202

    Telephone Number    704-336-2443

    E-mail Address *(if known)*    brian.cordova @mecklenburgcountync.gov

    Fredrick. smith @mecklenburgcountync.gov

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name        Mecklenburg County-Register of Deeds

Street Address        720 E. Fourth St.

City and County        Charlotte, Mecklenburg

State and Zip Code        North Carolina, 28202

Telephone Number        704-336-2443

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

  _____

- [ ] Relevant state law *(specify, if known)*:

  _____

- [ ] Relevant city or county law *(specify, if known)*:

  _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☐ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
_____ Please see pages attached. _____

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☑ national origin _____

☑ age *(year of birth)* 1962 *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

see pages attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.      The Equal Employment Opportunity Commission *(check one)*:

         ☐    has not issued a Notice of Right to Sue letter.

         ☑    issued a Notice of Right to Sue letter, which I received on *(date)* 3–11–'26 .

         *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

         Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

         ☑    60 days or more have elapsed.

         ☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see pages attached.

Case 3:26-cv-00218-SCR-MTO     Document 1     Filed 03/18/26     Page 5 of 9

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   3-18-'26

Signature of Plaintiff  _____

Printed Name of Plaintiff  _____

### B. For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

# Facts of my case

My name is Alma Peters, I'm a 63-year old of Mexican national origin who worked for the Mecklenburg County Register of Deeds for approximately four years, after working for Wake County Register of Deeds for 3 years. The Register of Deeds at that time helped me to transfer here to Mecklenburg after we had to move because of my husband's job transfer.

During my employment with the Mecklenburg Register of Deeds I consistently demonstrated a strong work ethic and willingness to perform multiple duties which I was constantly asked to do because I was trained in the front desk attending to the public with Recording, I was trained in E- recording ( documents sent electronically, I was trained in inspection Plats and recording them, I was trained in indexing the documents, I was trained in Vital records which I did in the Wake County office but not in the Mecklenburg office and I'm bilingual Spanish speaking. I always maintained a professional attitude toward both customers and management. I was constantly receiving good feedback from the customers and good reviews written on the paper survey we had at the counter.

The office processes thousands of documents daily, and clerical mistakes are common due to the volume of work, errors occur across departments including Recording, Indexing, and Vitals. End-of-day reports frequently require corrections when errors are discovered, which demonstrates that such mistakes are routine and part of the workflow. These mistakes or errors are or should be noticed by the Team leader or quality control individual, they are there to serve as a second layer of inspection. Despite this reality, I was repeatedly singled out by my manager, Teresita McQueen, and called into her office for clerical errors that were routinely made by other employees without similar discipline. One example cited when they fired me was an incident in which $26.00 remained in the cash register (secured with a key) over the weekend. My team leader April Jones reviewed and signed the end-of-day report and approved it, also without noticing that the $26.00 weren't with the report. The Supervisor's role is verifying that all funds and reports are accurate as part of the department's internal quality control processes. Despite April's failure to notice the lack of funds that were indicated on the report she was not disciplined or otherwise held accountable for the oversight. During my termination they mentioned probably 6-8 clerical mistakes done in the 4 years I worked there, they didn't cause any harm or loss of money to the county. They were remediated the same day, they weren't done on malice or intention. Again these issues happen every day and they're resolved the same day. I witnessed more grave cases where coworkers recorded documents without the Excise Tax submitted and this can be in the thousands of dollars. Documents recorded with the check out of compliance with cash handling procedures, like no signature, wrong date, wrong amount or not written out correctly. Documents recorded without notary acknowledgement or missing the correct signatures, just to mention a few. Up to this day nobody has been fired because of these mistakes, while I was working there or since I left.

I currently stay in communication with a friend there and she tells me that so many mistakes are made daily as usual, including herself and nobody gets fired like me.

I was treated differently than other employees in several respects: 1. Employees were instructed not to wear earphones while assisting the public, I complied with this rule at all times, while Tiffany Cash routinely used earphones without being reprimanded. 2. Several employees engaged in personal activities during work hours using county equipment without discipline, including: - April Jones who regularly used work time and county resources to manage a personal side business. - Tiffany Cash who used county computers to complete schoolwork during work hours. - Kendrick Halston who frequently slept at his workstation because he worked a night shift at another job. Sonia Davis would spend hours at Teresita McQueen office chatting and laughing and if I would go and ask a question, her demeanor would immediately change and act like she was being bothered. Despite this behavior, those employees were not disciplined. In fact, the employee who was observed sleeping at his desk was later promoted to a supervisory customer service position despite that more than one hundred people applied for the job and despite lacking higher educational qualifications. Tonya Good, the Register of Deeds assistant, sent an email stating how happy she was that Kendrick got the job despite 100 plus people applying. He's African American as well.

Teresita McQueen frequently showed preference and special treatment toward employees of her own race while expressing frustration regarding older employees too. Teresita also made comments about older employees delaying retirement, including statements suggesting that older employees say they would retire but did not do so. I further observed that all new hires were younger employees mostly in their 20's and 30'. By 2024 all older employees have retired.

Because the way I was treated by Teresita McQueen I was under a lot of stress so I decided in 2024 (this is my guess) to go to Fredrick Smith and asked him if he could move me to another department and he told me that Tonya Good, his assistant was out on vacation and she would meet with me once she'd be back and talk about it. I didn't persuit that because I was afraid of retaliation. It seems that both Fredrick and Tonya are very much influenced by Teresita and rely a lot on her to run the office. I wanted to keep my job and not cause any problems. I liked my job, I needed the job so I stayed there despite the harrasment and unfair treatment.

I know that the stated reasons for my termination were a pretext and that the real reason was discrimination based on my age 63 years old and my ethnicity, I'm mexican. In fact I was the oldest in the whole Register of Deeds and the only hispanic in my department. In fact out of 42-45 employees about 90% are African American, about 6 hispanics and 4 whites.
I must add that while most if not all employees have only high school diplomas, I have a Civil Engineering degree from the University of Chihuahua, Mexico. I have my North Carolina Real Estate license. I have my North Carolina Cosmetology license and I have my Public Notary Commission.

My plan was to continue to work at the Register of Deeds until my full retirement at 67 years old. As a result of the unjust termination I lost my way to make a living. My retirement with the county and social security are so much lower than what it would be if I retired at 67 years old. At my age I haven't been able to find a job that can provide for me and my family. I tried to go back to do hair and I worked for about 6 months as a hairstylist but I had to quit because I have a lot of Arthritis on my knees and hips so working on my feet caused me too much pain. Since the time of my termination it has been a very difficult and stressful situation emotionally and financially, causing me so much depression and anxiety, I had 2 episodes where I had to go to the ER. I had surgery to remove Gall stones too.

I filed a charge with the Equal Employment Opportunity Commission right after my termination about a year ago and they tried to help me so they got Mecklenburg County to agree to reward me with 3,000 about 1 month ago, even though I felt it's a ridiculous low amount of money considering the damage they've done to me and my family, I accepted because it was causing me so much stress the whole situation and yet even after they said they would agree to it they came back about 2 weeks ago saying that the Register of Deeds would not sign the settlement. I did sign the letter of settlement. This is just to prove that this is personal for them and they want to cause the most hurt.

For all these reasons I respectfully request that the court grant me with the following relief:
1.-Compensation for past and future loss of wages and benefit:

My salary was 50,000 annually at the time of termination and I still had 5 more years of work until retirement. My current retirement amount from the County is only 489.00/month which it'd be at least 800.00/month more if I retired at 67 years old. I have to pay for my own health insurance. So the loss of wages it's about 250,000 just on salary and of course the retirement portion and health insurance can't be calculated without knowing when I'll die.
2.- Compensation for emotional distress and damages.
3.- Reinstatement or appropriate equitable relief.
4.- Any other relief the Court deems just and proper.

Respectfully

Alma Peters